# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAMUEL LAVONNE HAMILTON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 7:04-CV-527-RDP-PWG |
| **SHERYL PRICE; BARBARA PATTON; PHONE SUPERVISOR, Jane Doe,** | } |
| **Defendants.** | } |

## MEMORANDUM OF OPINION

After conducting an evidentiary hearing in the above-styled case, the magistrate judge filed a report and recommendation on August 19, 2005, recommending that Defendants' Motion for Summary Judgment be granted and this case be dismissed with prejudice. The parties were allowed fifteen days to file objections to the magistrate judge's report and recommendation. Plaintiff filed objections on August 30, 2005.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Plaintiff's objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law. Accordingly, Defendants' Motion for Summary Judgment is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE** and **ORDERED** this _____31st_____ day of August, 2005.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE